**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
LAFAYETTE BAUCUM,              )
                               )
    Plaintiff,                 )
                               )
    v.                         )    Civil Action No. 05-72 (GK)
                               )
PHILIP MORRIS USA, INC.,       )
    et al.,                    )
                               )
    Defendants.                )
_____)
```

### O R D E R

On January 25, 2005, the Court ordered Plaintiff to respond to the Motion to Dismiss filed by Defendants Philip Morris USA Inc. and R.J. Reynolds Tobacco Company no later than February 21, 2005, or the Court would treat Defendants' Motion as granted and dismiss Plaintiff's Complaint. To date, Plaintiff has not responded to Defendants' Motion. Accordingly, it is hereby

**ORDERED** that Defendants' Motion to Dismiss [**#3**] is **granted**; it is further

**ORDERED** that the above-captioned case is **dismissed.**

February 24, 2005                     __/s/_____
                                      Gladys Kessler
                                      U.S. District Judge

**Copies to: attorneys on record via ECF and**

Lafayette Baucum
1221 M Street, NW
Washington, DC 20005